1
2
3
4
5
6
7
8
9
10
11

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18-CR-607-AB |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |
| OMAR ANTHONY CASTILLO, | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

☒   the appearance of defendant as required; and/or

☒   the safety of any person or the community.

//

//

//

The Court concludes:

☒ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he/she does not pose such a risk. The risk of nonappearance is based on: instant allegations; criminal history; currently in state custody.

☒ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk. The risk of danger is based on: instant allegations; criminal history; currently in state custody.

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 10/25/2021

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE